1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

9    UNITED STATES OF AMERICA,                    NO.  MJ 12-597

10                            Plaintiff,

11        v.                                       DETENTION ORDER

12   VICENTE MUNOZ-FLORES,

13                            Defendant.

14   _____

15   Offenses charged:

16        Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a)

17   Date of Detention Hearing: November 7, 2012

18        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19   based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

20        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21        (1)    Defendant is a citizen of Mexico.

22        (2)    An immigration detainer has been placed on defendant by the United States

23   Immigration and Customs Enforcement.

24        (3)    Defendant has stipulated to detention, pending the preliminary hearing, due to

25   the immigration detainer lodged against him, but reserves the right to contest his continued

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

detention if there is a change in circumstances. If new counsel appears, then counsel is authorized to seek an expedited review of this detention order.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of November, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge